IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>    v.<br><br>FUSION JAPANESE STEAKHOUSE, INC.,<br>FUSION JAPANESE STEAKHOUSE, INC.,<br>Z&S INTERNATIONAL CUISINE, INC.,<br>YUAN ZHENG XIAO, and CHRISTINE XIAO,<br><br>        Defendants. | Civil Action No. 19-cv-496-CCW |

**MOTION TO APPROVE AND ENTER CONSENT JUDGMENT**

Plaintiff hereby moves this Court to Approve and Enter the Consent Judgment against Defendants, as agreed to by the parties. In support thereof, Plaintiff represents that the parties have reached an agreement to settle this matter. The terms of this agreement are set forth in the Consent Judgment attached hereto as Exhibit A, which has been signed by Defendants.

WHEREFORE, for the reasons set forth above, the Secretary respectfully requests that the Court enter the Consent Judgment attached hereto.

Respectfully submitted,

| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
|---|---|
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103<br>(215) 861-5141 (voice)<br>(215) 861-5162 (fax)<br>krier.brian@dol.gov | Seema Nanda<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor<br><br>*/s/ Brian P. Krier*<br>By: Brian P. Krier<br>PA ID No. 313826<br>Senior Trial Attorney |

2

Edwin M. Ferguson
Trial Attorney
PA ID No. 326670

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2022, I electronically filed the foregoing *Motion to Approve and Enter Consent Judgment* with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to all attorneys of record.

*/s/ Brian P. Krier*
By: Brian P. Krier
